IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NIQUISHA RENEE JOHNSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:11cv762 |
| | § | (Judge Clark/Judge Mazzant) |
| VENDOR RESOURCE MANAGEMENT, | § | |
| INC., ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 14, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss, or in the Alternative to Stay Proceedings and Compel Arbitration [Doc. #12] be granted.

This court has received the report of the United States Magistrate Judge, the objections thereto filed by plaintiff [Doc. #20], as well as defendants' response [Doc. #21]. Plaintiff's objections lack any merit under federal law and fail to address any of the issues addressed in the motion to dismiss or the report and recommendation. Plaintiff never filed a response to the motion to dismiss. Defendants' motion to dismiss was properly before the court. Therefore, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss, or in the Alternative to Stay

Proceedings and Compel Arbitration [Doc. #12] is GRANTED.  Plaintiff shall submit all of her disputes against Defendants to arbitration in accordance with the terms of the Agreement, and this case is DISMISSED with prejudice, except to enforce any arbitration award.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **14** day of **August, 2012.**

_____
 Ron Clark, United States District Judge